# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DAVID F. PALMER,

    Plaintiff,

v.                                    CASE NO. 4:11cv484-RH/WCS

CITY OF TALLAHASSEE et al.,

    Defendants.

_____/

## ORDER CONFIRMING THE SCHEDULE

Upon consideration of the parties' notices, ECF Nos., 12, 13 and 14, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of December 9, 2011, ECF No. 11,

IT IS ORDERED:

The Scheduling and Mediation Order of December 9, 2011, ECF No. 11, remains in effect.

SO ORDERED on January 6, 2012.

                                      s/Robert L. Hinkle
                                      United States District Judge