UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID F. PALMER,**                           **CASE NO. 4:11cv484-RH/CAS**

      **Plaintiff,**

v.

**CITY OF TALLAHASSEE, and HOLLY LOFLAND, individually,**

      **Defendant.**

_____/

## NOTICE OF MEDIATION

TO:    Billy J. Hendrix
          Assistant City Attorney
          CITY ATTORNEY'S OFFICE
          300 South Adams Street, Box A-5
          Tallahassee, FL 32301

          Gwen Adkins
          COPPINS MONROE ADKINS
          & DINCMAN, P. A.
          Post Office Drawer 14447
          Tallahassee, FL 32317

     PLEASE TAKE NOTICE that mediation has been scheduled in the above case on **June 20, 2012**, beginning at the hour of **10:00 a.m.** in the office of Broad and Cassel before Kelly Overstreet Johnson Certified Circuit Civil Mediator, 215 South Monroe Street, Suite 400, Tallahassee, Florida 32301.

     In compliance with the Americans with Disabilities Act of 1990, you are hereby notified that if you require special accommodations due to a disability, contact Kelly Overstreet Johnson at (850) 681-6810, no later than seven (7) days prior to the date your appearance is required pursuant to this notice to insure that reasonable accommodations are available.

PLEASE GOVERN YOURSELF ACCORDINGLY.

                                        Respectfully submitted,


                                        /s/ Marie A. Mattox
                                        Marie A. Mattox [FBN 0739685]
                                        MARIE A. MATTOX, P.A.
                                        310 East Bradford Road
                                        Tallahassee, Florida 32303
                                        (850) 383-4800 Telephone
                                        (850) 383-4801 Facsimile

                                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been furnished to the above named addressee by CM/ECF filing and United States mail this 16th day of May, 2012


                                        /s/ Marie A. Mattox
                                        Marie A. Mattox


cc:     Kelly Overstreet Johnson by email